**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| AARON L. SIDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| CITY OF FORT WAYNE, and | ) | |
| OFFICER BRANDEN CAMPO (#2094F), | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF REMOVAL</u>**

COMES NOW defendants City of Fort Wayne of Officer Branden Campo (#2094F), by counsel, Eric M. Wilkins, and pursuant to 28 U.S.C. §§1441 and 1446, hereby file their "Notice of Removal".

In support of the "Notice of Removal", the defendants state:

1.      On March 17, 2026, an action was commenced by Aaron L. Siders, plaintiff, against defendants, City of Fort Wayne and Officer Branden Campo (#2094F) in the Allen Superior Court. The case was assigned a Cause Number of 02D01-2603-CT-194.  The Summons and Complaint were served upon these Defendants on or about March 20, 2026.   A copy of said Summons and the Complaint are attached as Exhibits "A","B", and "C".

2.      On March 23, 2026, attorney Eric M. Wilkins filed his written Appearance on behalf of the defendants. A copy of defense counsel's written Appearance is attached as Exhibit "D".

3.      A copy of the Chronological Case Summary (or docket sheet) for the Allen Superior Court, Cause No. 02D01-2603-CT-194 is attached as Exhibit "E".

4.      This lawsuit is one over which this Federal District Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 ("Federal Question" Jurisdiction) and is one which may be

removed to this Court by the defendants pursuant to 28 U.S.C. §§ 1441 and 1446 (since it is a civil action arising under the Constitution, Laws, or Treaties of the United States).

5. Plaintiff's Complaint seeks damages allegedly caused by supposed violations of 42 USC § 1983.

6. Upon filing this "Notice of Removal", defendants have paid the required filing fee of Four Hundred Five Dollars and No Cents ($405.00).

7. This "Notice of Removal" is timely filed in Federal District Court (as such filing is made within 30 days after receipt of the initial pleading/summons by the defendants).

WHEREFORE, defendants City of Fort Wayne and Officer Branden Campo (#2094F), respectfully request that the action now pending against it in the Allen Superior Court (under Cause No. 02D01-2603-CT-194), be removed therefrom to this Court.

Respectfully submitted,

HUNT SUEDHOFF KEARNEY LLP


/s/ Eric M. Wilkins
Eric M. Wilkins, #25869-02
803 S. Calhoun Street, Suite 900
P.O. Box 11489
Fort Wayne, IN  46858-1489
(260) 423-1311
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Andrew Sheer
Jennifer Hitchcock
116 E. Berry Street, Ste. 300
Fort Wayne, IN 46802


/s/ Eric M. Wilkins_____
Eric M. Wilkins